## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JASON GREGORY SINGLETON,     PLAINTIFF
ADC # 116043

v.     No. 4:09CV00579 JLH-JJV

KARL BYRD, Sheriff, Faulkner County
Sheriff's Office; *et al.*     DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending motions are DENIED AS MOOT;

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Judgment and Order adopting these recommendations would not be taken in good faith.

DATED this 15th day of September, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE