**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JASON GREGORY SINGLETON,                                                          PLAINTIFF
ADC # 116043

v.                                          No. 4:09CV00579 JLH-JJV

KARL BYRD, Sheriff, Faulkner County
Sheriff's Office; *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE